# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Levy, Robert M. | 2. Court or Organization  USDC EDNY | 3. Date of Report  01/27/2022 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge full-time | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2020 **to** 12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | New York University School of Law |
| 2. | Lecturer in Law | Columbia Law School |
| 3. | Limited Partner | Fourlee Partnership |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ongoing | ACLU Employee Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/27/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | New York University School of Law | $14,000.00 |
| 2. 2020 | Columbia Law School | $14,400.00 |
| 3. 2020 | ACLU Pension | $24,511.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | NYS & Local Employees Retirement System |
| 2. 2020 | The Legal Aid Society pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/27/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/27/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual Life Ins--MML Gr Allocn | A | Dividend | J | T | | | | | |
| 2. Mass Mutual Life Ins | A | Dividend | K | T | | | | | |
| 3. Mass Mutual Life Ins | A | Dividend | K | T | | | | | |
| 4. Mass Mutual Life Ins | A | Dividend | J | T | | | | | |
| 5. Mass Mutual Life Ins | B | Dividend | K | T | | | | | |
| 6. Mass Mutual Life Ins | C | Dividend | L | T | | | | | |
| 7. Mass Mutual Variable Life MMI Equity | A | Dividend | J | T | | | | | |
| 8. Mass Mutual WholeLife | A | Dividend | J | T | | | | | |
| 9. Four Lee Limited Partnership | A | Dividend | K | T | | | | | |
| 10. Deferred Compensation Plan (H) | | | | | | | | | |
| 11. --Copeland Stable Income Fd | C | Int./Div. | O | T | Buy (add'l) | 02/25/20 | L | | |
| 12. -Copeland Stable Income Fd | C | Int./Div. | O | T | Sold (part) | 03/26/20 | K | | |
| 13. -Copeland Stable Income Fd | C | Int./Div. | O | T | Buy (add'l) | 05/18/20 | L | | |
| 14. -Copeland Stable Income Fd | C | Int./Div. | O | T | Buy (add'l) | 08/27/20 | K | | |
| 15. -Copeland Stable Income Fd | C | Int./Div. | O | T | Buy (add'l) | 11/09/20 | K | | |
| 16. -Copeland Stable Income Fd | C | Int./Div. | O | T | Buy (add'l) | 12/30/20 | J | | |
| 17. -Fidelity OTC | D | Dividend | L | T | Sold (part) | 08/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/27/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Fidelity OTC | D | Dividend | L | T | Sold (part) | 11/09/20 | J | | |
| 19. -Fidelity OTC | D | Dividend | L | T | Buy (add'l) | 12/30/20 | J | | |
| 20. -Vanguard Primecap Fund-Admiral | D | Dividend | J | T | Buy (add'l) | 03/26/20 | L | | |
| 21. -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Sold (part) | 05/18/20 | L | | |
| 22. -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Buy (add'l) | 12/30/20 | J | | |
| 23. -VngrdWlngtnAdml | C | Dividend | L | T | Sold (part) | 03/26/20 | K | | |
| 24. -TRowePr Blue Chip Gr T6 | D | Dividend | L | T | Sold (part) | 08/27/20 | L | | |
| 25. -TRowePr Blue Chip Gr T6 | C | Dividend | L | T | Sold (part) | 11/09/20 | K | | |
| 26. -TRowe Pr Blue Chip Gr T6 | C | Dividend | L | T | Sold (part) | 12/30/20 | J | | |
| 27. -TRowe 2030 Trust D | A | Dividend | | | Sold | 02/25/20 | L | B | |
| 28. IRA: Stifel Nicolaus (contains investments listed in lines 35-38)(H) | B | Dividend | J | T | | | | | |
| 29. -First Trust Amern Agenda Sa Ca--i.e. First Trust American Agenda 8 ( | A | Dividend | J | T | | | | | |
| 30. -Advisors Ubiquitous Strat 2017-1 MO CA | A | Dividend | | | Sold | 09/10/20 | J | A | |
| 31. First Trust Pharmaceutical Select | A | Dividend | J | T | Buy | 12/09/20 | J | | |
| 32. Rental ▓▓▓▓▓▓ , Suffolk County, NY | F | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 01/27/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544